UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE LLC, | No. C-13-03587 DMR |
| Plaintiff(s), | **ORDER TO RE-FILE REQUEST FOR ORDER PERMITTING WITHDRAWAL OF CHARLES AINSWORTH** |
| v. | |
| YELP INC, | |
| Defendant(s). | |

The court is in receipt of Plaintiff's Notice of Disassociation of Texas Counsel. [Docket No. 76.] Civil Local Rule 11-5(a) provides that counsel may withdraw upon order of the court "after written notice has been given reasonably in advance to the client and to all other parties who have appeared in this case." Plaintiff is ordered to re-file its request for an order permitting withdrawal of Charles Ainsworth as counsel for Plaintiff and indicate whether it has met the requirements of Civil Local Rule 11-5(a).

IT IS SO ORDERED.

Dated: September 25, 2013

DONNA M. RYU
United States Magistrate Judge