UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE LLC,<br><br>        Plaintiff(s),<br><br>  v.<br><br>YELP INC,<br><br>        Defendant(s).<br>_____/ | No. C-13-03587 DMR<br><br>**ORDER RESETTING TIME FOR HEARING ON DEFENDANT'S MOTION TO STAY [DOCKET NO. 91]** |

The court is in receipt of Defendant's motion for stay pending inter partes review. [Docket No. 91.] Defendant is advised that the hearing on the motion was improperly noticed for December 18, 2013 at 1:30 p.m., a date and time that is not one of the court's regularly scheduled civil law and motion hearing dates. However, in light of the court's trial schedule, the hearing on the motion will proceed on **December 18, 2013 at 2:30 p.m** (not 1:30 p.m., as originally noticed).

IT IS SO ORDERED.

Dated: November 12, 2013

*[signature]*

DONNA M. RYU
United States Magistrate Judge