GUTRIDE SAFIER LLP
Adam J. Gutride (State Bar No. 181446)
 adam@gutridesafier.com
Seth A. Safier (State Bar No. 197427)
 seth@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
 todd@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
 anthony@gutridesafier.com
Marie McCrary (State Bar No. 262670)
 marie@gutridesafier.com
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 789-6390
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EVOLUTIONARY INTELLIGENCE, LLC, <br><br>  Plaintiff, <br><br>     v. <br><br> YELP, INC., <br><br>  Defendant. | CASE NO. 13-cv-3587-DMR <br><br> [PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO SEAL <br><br> Honorable Donna M. Ryu <br> Courtroom 4, 3rd Floor <br> Date: December 18, 2013 <br> Time: 2:30 p.m. |
|---|---|

   The Court having considered Plaintiff's administrative motion to file documents under seal, and good cause appearing:

   **IT IS ORDERED THAT:**

   The following portions of the following documents shall be filed under seal:

| Document | Portion Designated Confidential by Defendant | Ruling |
|---|---|---|
| Plaintiff's Opposition to | p.1, lines 12-13 | |

| Document | Portion Designated Confidential by Plaintiff | Ruling |
|---|---|---|
| ~~Motion to Stay~~ | | |
| ~~Plaintiff's Opposition to Motion to Stay~~ | ~~p. 3, lines 3-10~~ | |
| ~~Plaintiff's Opposition to Motion to Stay~~ | ~~p. 9, lines 3-5~~ | |
| ~~Plaintiff's Opposition to Motion to Stay~~ | ~~p. 9, line 6-7~~ | |
| ~~Plaintiff's Opposition to Motion to Stay~~ | ~~p. 9, line 9-16~~ | |
| ~~Plaintiff's Opposition to Motion to Stay~~ | ~~p. 18, lines 21-22~~ | |
| ~~McCrary Declaration~~ | ~~¶ 8, line 25 through line 2~~ | |
| McCrary Declaration, Ex. C | ~~Entire document~~ Only the redaction of page 11 lines 2-4 | |
| ~~McCrary Declaration~~ | ~~¶ 11, page 2, lines 7-8~~ | |
| ~~McCrary Declaration, Ex. F~~ | ~~Entire document~~ | |
| ~~McCrary Declaration~~ | ~~¶ 12~~ | |

| Document | Portion Designated Confidential by Plaintiff | Ruling |
|---|---|---|
| Plaintiff's Opposition to Motion to Stay | p. 2, line 3 | |
| Plaintiff's Opposition to Motion to Stay | p. 2, line 5 | |
| Plaintiff's Opposition to Motion to Stay | p. 2, line 10-11 | |
| Plaintiff's Opposition to Motion to Stay | p. 11, line 2 | |
| Plaintiff's Opposition to Motion to Stay | p. 11, lines 2-3 | |
| DeAngelo Declaration | ¶ 4, line 13-15 | |
| DeAngelo Declaration | ¶ 4, line 15-17 | |
| DeAngelo Declaration | ¶ 4, line 17-18 | |
| DeAngelo Declaration, Ex. A | Entire document | |

**IT IS SO ORDERED.**

DATED: 12/17/13

_____
Honorable Donna Ryu
United States District Court