1  ANNE M. ROGASKI (State Bar No. 184754)
   arogaski@kilpatricktownsend.com
2  KILPATRICK TOWNSEND & STOCKTON LLP
   1080 Marsh Road
3  Menlo Park, CA  94025
   Telephone:   650-326-2400
4  Facsimile:   650-326-2422

5  ROBERT D. TADLOCK (State Bar No. 238479)
   rtadlock@kilpatricktownsend.com
6  KILPATRICK TOWNSEND & STOCKTON LLP
   Two Embarcadero Center, 8th Floor
7  San Francisco, CA  94111
   Telephone:  415-576-0200
8  Facsimile:  415-576-0300

9  JEFFREY M. CONNOR (*pro hac vice*)
   jmconnor@kilpatricktownsend.com
10 KILPATRICK TOWNSEND & STOCKTON LLP
   1400 Wewatta Street, Suite 600
11 Denver, CO 80202
   Telephone: 303-571-4000
12 Facsimile: 303-571-4321

13 Attorneys for Defendant YELP INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> YELP INC., <br><br> Defendant. | Civil Action No. C 13-3587 DMR <br><br> **[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR STAY PENDING *INTER PARTES* REVIEW** |

Now before the Court is Defendant's Administrative Motion to File Under Seal Portions of Defendant's Reply in Support of Its Motion for Stay Pending *Inter Partes* Review ("Defendant's Administrative Motion"). Upon consideration of Defendant's Administrative Motion and the supporting declaration of Jeffrey M. Connor filed therewith, the Court finds there to be good cause for granting Defendant's request to file the below-referenced document under seal.

GOOD CAUSE having been shown, the Court finds that:

1. Plaintiff possesses an overriding confidentiality interest that overcomes the right of public access to the record in the following document or portions thereof:

| Document | Portion to be Sealed |
|---|---|
| Defendant's Reply in Support of its Motion for Stay Pending *Inter Partes* Review | Redacted Portions Thereof |

2. Plaintiff's confidentiality interests support sealing the record;

3. A substantial probability exists that Plaintiff's overriding confidentiality interests will be prejudiced if the record is not sealed;

4. The proposed sealing is narrowly tailored; and

5. No less restrictive means exists to achieve this overriding interest.

IT IS THEREFORE ORDERED that Defendant's Administrative Motion to File Under Seal Portions of Defendant's Reply in Support of Its Motion for Stay Pending *Inter Partes* Review is GRANTED.

IT IS SO ORDERED.

DATED: December 17, 2013

Honorable Donna M. Ryu
United States Magistrate Judge