GUTRIDE SAFIER LLP
Adam J. Gutride (State Bar No. 181446)
  adam@gutridesafier.com
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
  todd@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
  anthony@gutridesafier.com
Marie McCrary (State Bar No. 262670)
  marie@gutridesafier.com
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 789-6390
Facsimile: (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>    Plaintiff,<br><br>         v.<br><br>YELP, INC.,<br><br>    Defendant. | CASE NO. 13-cv-3587-DMR<br><br>REVISED<br>[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO SEAL<br><br>Honorable Donna M. Ryu<br>Courtroom 4, 3rd Floor<br>Date: December 18, 2013<br>Time: 2:30 p.m. |
|---|---|

    The Court having considered Plaintiff's administrative motion to file documents under seal, and good cause appearing:

**IT IS ORDERED THAT:**

The following portions of the following documents shall be filed under seal:

| Document | Portion Designated Confidential by Defendant | Ruling |
|---|---|---|
| ~~Plaintiff's Opposition to~~ | ~~p.1, lines 12-13~~ | |

| Document | Portion Designated Confidential by Plaintiff | Ruling |
|---|---|---|
| ~~Motion to Stay~~ | | |
| ~~Plaintiff's Opposition to Motion to Stay~~ | ~~p. 3, lines 3-10~~ | |
| ~~Plaintiff's Opposition to Motion to Stay~~ | ~~p. 9, lines 3-5~~ | |
| ~~Plaintiff's Opposition to Motion to Stay~~ | ~~p. 9, line 6-7~~ | |
| ~~Plaintiff's Opposition to Motion to Stay~~ | ~~p. 9, line 9-16~~ | |
| ~~Plaintiff's Opposition to Motion to Stay~~ | ~~p. 18, lines 21-22~~ | |
| ~~McCrary Declaration~~ | ~~¶ 8, line 25 through line 2~~ | |
| McCrary Declaration, Ex. C | ~~Entire document~~  Only the redaction of page 11 lines 2-4 | |
| ~~McCrary Declaration~~ | ~~¶ 11, page 2, lines 7-8~~ | |
| McCrary Decl, Ex. F | Entire document may be filed under seal | |
| ~~McCrary Declaration~~ | ~~¶ 12~~ | |

| Document | Portion Designated Confidential by Plaintiff | Ruling |
|---|---|---|
| Plaintiff's Opposition to Motion to Stay | p. 2, line 3 | |
| Plaintiff's Opposition to Motion to Stay | p. 2, line 5 | |
| Plaintiff's Opposition to Motion to Stay | p. 2, line 10-11 | |
| Plaintiff's Opposition to Motion to Stay | p. 11, line 2 | |
| Plaintiff's Opposition to Motion to Stay | p. 11, lines 2-3 | |
| DeAngelo Declaration | ¶ 4, line 13-15 | |
| DeAngelo Declaration | ¶ 4, line 15-17 | |
| DeAngelo Declaration | ¶ 4, line 17-18 | |
| DeAngelo Declaration, Ex. A | Entire document | |

**IT IS SO ORDERED.**

DATED: December 18, 2013

Honorable Donna Ryu
United States District Court