ROBERT J. ARTUZ (State Bar No. 227789)
MATTHEW J. MEYER (State Bar No. 284578)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 462-5336
Facsimile:  (650) 618-2612
Email:  rartuz@kilpatricktownsend.com
Email:  mmeyer@kilpatricktownsend.com

JEFFREY M. CONNOR (*pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO  80202
Telephone:  (303) 571-4000
Facsimile:  (303) 571-4321

Attorneys for Defendants
TWITTER, INC. AND YELP INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, *et al*.,<br><br>Defendants. | Case Nos.  C-13-04513-RMW, C-13-04201-DJ, C-13-04202-SI, C-13-04203-MMC, C-13-04204-SI, C-13-04205-WHO, C-13-04206-EJD, C-13-04207-JSW, C-13-03587-DMR<br><br>**TWITTER, INC. AND YELP INC.'S STATEMENT REGARDING ESTOPPEL AS A CONDITION OF MAINTAINING STAY** |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | |

-1-

AGREEMENT TO LIMITED ESTOPPEL – CASE NOS. C-13-04513-RMW, C-13-04201-DJ, C-13-04202-SI, C-13-04203-MMC, C-13-04204-SI, C-13-04205-WHO, C-13-04206-EJD, C-13-04207-JSW, C-13-03587-DMR

| | |
|---|---|
| 1 | EVOLUTIONARY INTELLIGENCE, LLC, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | FACEBOOK, INC., |
| 5 | Defendant. |
| 6 | EVOLUTIONARY INTELLIGENCE, LLC, |
| 7 | Plaintiff, |
| 8 | v. |
| 9 | FOURSQUARE LABS, INC., |
| 10 | Defendant. |
| 11 | |
| 12 | EVOLUTIONARY INTELLIGENCE, LLC, |
| 13 | Plaintiff, |
| 14 | v. |
| 15 | GROUPON, INC., |
| 16 | Defendant. |
| 17 | EVOLUTIONARY INTELLIGENCE, LLC, |
| 18 | Plaintiff, |
| 19 | v. |
| 20 | LIVINGSOCIAL, INC., |
| 21 | Defendant. |
| 22 | EVOLUTIONARY INTELLIGENCE, LLC, |
| 23 | Plaintiff, |
| 24 | v. |
| 25 | TWITTER, INC., |
| 26 | Defendant. |

AGREEMENT TO LIMITED ESTOPPEL – CASE NOS.
C-13-04513-RMW, C-13-04201-DJ, C-13-04202-SI,
C-13-04203-MMC, C-13-04204-SI, C-13-04205-WHO, C-13-04206-EJD, C-13-04207-JSW, C-13-03587-DMR

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC, | |
| Plaintiff, | |
| v. | |
| YELP INC., | |
| Defendant. | |
| EVOLUTIONARY INTELLIGENCE, LLC, | |
| Plaintiff, | |
| v. | |
| MILLENNIAL MEDIA, INC., | |
| Defendant. | |

Defendants Twitter, Inc. and Yelp Inc. filed petitions for *inter partes* review concerning the patents-in-suit.  Twitter, Inc. and Yelp Inc., therefore, are already bound by the estoppel provisions of 35 U.S.C. §§ 315 and 318(a) to the extent any such provisions apply to the filed petitions.

Dated:  October 7, 2014                    KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Robert J. Artuz*
    ROBERT J. ARTUZ
    Attorneys for Defendants
    TWITTER, INC. AND YELP INC.

-3-

AGREEMENT TO LIMITED ESTOPPEL – CASE NOS.
C-13-04513-RMW, C-13-04201-DJ, C-13-04202-SI,
C-13-04203-MMC, C-13-04204-SI, C-13-04205-WHO, C-13-04206-EJD, C-13-04207-JSW, C-13-03587-DMR

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically using the Court's Electronic Case Filing ("ECF") system in compliance with Local Rule CV-5-1(a). As such, this document was served today on all counsel who have consented to electronic service.

Dated:   October 7, 2014                              */s/ Robert J. Artuz*
                                                                                   Robert J. Artuz

66605782V.1