UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, SPRINT COMMUNICATIONS COMPANY L.P., SPRINT SPECTRUM L.P., SPRINT SOLUTIONS INC.,<br><br>   Defendants. | Case Nos. C-13-04513, C-13-04201, C-13-04202, C-13-04203, C-13-04204, C-13-04205, C-13-04206, C-13-04207, C-13-03587<br><br>**ORDER CONFIRMING STAY** |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>   Defendants. | |

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>              Defendants. | |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>FOURSQUARE LABS, INC.,<br><br>              Defendants. | |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>GROUPON, INC.,<br><br>              Defendants. | |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>LIVINGSOCIAL, INC.,<br><br>              Defendants. | |

**United States District Court**
**For the Northern District of California**

ORDER CONFIRMING STAY
EDB

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>    Defendants. | |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>YELP, INC.,<br><br>    Defendants. | |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MILLENNIAL MEDIA, INC.,<br><br>    Defendants. | |

On September 26, 2014 the court conditionally granted defendants' motion to maintain the stay in the above-captioned cases. Dkt. No. 174. As a condition of its order granting defendants' motion, the court ordered defendants not participating in the ongoing *inter partes* review ("IPR") of the patents at suit to file a written commitment no later than October 7, 2014 agreeing to the following limited estoppel:

> [the non-participating party] will not assert the invalidity of any claim on any ground raised in the IPR and on which a final written decision is rendered under 35 U.S.C. § 318(a). Any dispute as to what is meant by "final written decision" or "any ground raised" will be resolved by the court.

ORDER CONFIRMING STAY
EDB

- 3 -

1  Dkt. No. 174 at 14.[1]

2      Each non-participating defendant subsequently filed notice of their agreement to the above

3  terms. *See* Dkt. Nos. 175, 176, 177, 178, 179, 181. Accordingly, the court hereby confirms that the

4  related cases are stayed until final written decision in the pending IPR, the date by which a final

5  decision is now due, or further order of the court, whichever occurs first. Dkt. No. 174, at 13–14.

6      Within one week of the written final decision in the IPR, the parties shall file a joint status

7  report informing the court as to the outcome of the IPR.

10  Dated: October 17, 2014

    */s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] The statutory estoppel of 35 U.S.C. § 315(e)(2) applies to IPR participants Apple, Yelp, and Twitter.

ORDER CONFIRMING STAY
EDB
- 4 -