[See signature block for list of counsel for the Parties.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SPRINT NEXTEL CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | Case No. 13-cv-04513- RMW<br><br>**JOINT STIPULATION AND [] ORDER ADVANCING HEARING DATE AND CONTINUING BRIEFING SCHEDULE RE DEFENDANTS' SECTION 101 MOTIONS TO DISMISS AND/OR FOR JUDGMENT ON THE PLEADINGS**<br><br>Judge:　Honorable Ronald M. Whyte<br>Room:　Courtroom 6, 4th Floor |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | Case No. 13-cv-04201- RMW<br><br><br>Consolidated with 13-cv-04513- RMW |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　Defendant. | Case No. 13-cv-04202- RMW<br><br><br>Consolidated with 13-cv-04513- RMW |

[] JOINT CASE MANAGEMENT ORDER　　　　　　　　　　　No. 13-cv-04513-RMW and Consolidated Cases

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>               Plaintiff,<br><br>               v.<br><br>FOURSQUARE LABS, INC.,<br><br>               Defendant. | Case No. 13-cv-04203- RMW<br><br>Consolidated with 13-cv-04513- RMW |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>               Plaintiff,<br><br>               v.<br><br>GROUPON, INC.,<br><br>               Defendant. | Case No. 13-cv-04204- RMW<br><br>Consolidated with 13-cv-04513- RMW |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>               Plaintiff,<br><br>               v.<br><br>LIVINGSOCIAL, INC.,<br><br>               Defendant. | Case No. 13-cv-04205- RMW<br><br>Consolidated with 13-cv-04513- RMW |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>               Plaintiff,<br><br>               v.<br><br>MILLENNIAL MEDIA, INC.,<br><br>               Defendant. | Case No. 13-cv-04206- RMW<br><br>Consolidated with 13-cv-04513- RMW |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>               Plaintiff,<br><br>               v.<br><br>TWITTER, INC.,<br><br>               Defendant. | Case No. 13-cv-04207- RMW<br><br>Consolidated with 13-cv-04513- RMW |

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>YELP, INC.,<br><br>           Defendant. | Case No. 13-cv-03587- RMW<br><br>Consolidated with 13-cv-04513- RMW |

Plaintiff Evolutionary Intelligence, LLC and Defendant Sprint Nextel Corporation,[1] Sprint Communications Company L.P., Sprint Spectrum, L.P., and Sprint Solutions, Inc. ("Sprint"); Defendant Apple Inc.; Defendant Facebook, Inc.; Defendant Foursquare Labs, Inc.; Defendant Groupon, Inc.; Defendant LivingSocial, Inc.; Defendant Millennial Media, Inc.; Defendant Twitter, Inc.; Defendant Yelp Inc. ("Defendants") hereby stipulate as follows:

WHEREAS, on June 1, 2015, Defendants filed a motion to dismiss and/or motion for judgment on the pleadings pursuant to 35 USC Section 101 ("101 Motion") (Dkt. # 188);

WHEREAS, Defendants set the hearing date for the 101 Motion for August 21, 2015;

WHEREAS, subject to this Court's availability, the parties wish to advance the hearing date on Defendants' 101 Motion; and

WHEREAS, the parties wish to continue the briefing schedule on Defendants' 101 Motion.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING SCHEDULE WITH RESPECT TO THE FILING OF PLEADINGS RELATING TO THE 101 MOTION:

**June 26, 2015** – Last day for Plaintiff to oppose Defendants' 101 Motion;

**July 14, 2015** – Last day to file reply in support of 101 Motion; and

**July 28, 2015** – Hearing on Defendants' 101 Motion (subject to the Court's availability)

IT IS SO STIPULATED.

Dated: June 15, 2015                                    Respectfully submitted,

                                                        */s/ Todd Kennedy*
                                                        Todd Kennedy

                                                        GUTRIDE SAFIER LLP
                                                        Adam J. Gutride (State Bar No. 181446)
                                                          *adam@gutridesafier.com*
                                                        Seth A. Safier (State Bar No. 197427)
                                                          *seth@gutridesafier.com*
                                                        Todd Kennedy (State Bar No. 250267)
                                                          *todd@gutridesafier.com*
                                                        Anthony J. Patek (State Bar No. 228964)
                                                          *anthony@gutridesafier.com*

---

[1] Sprint Nextel Corporation is now known as Sprint Communications, Inc.

|   |   |
|---|---|
| 1 | Marie A. McCrary (State Bar No. 262670) |
| 2 | marie@gutridesafier.com |
|   | 100 Pine Street, Suite 1250 |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 639-9090 |
| 4 | Facsimile:  (415) 449-6469 |

Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Attorneys for Plaintiff Evolutionary Intelligence, LLC

*/s/ Jordan A. Sigale,*
*with permission by Todd Kennedy*

JORDAN A. SIGALE

JORDAN A. SIGALE (admitted pro hac)
jsigale@dunlapcodding.com
DUNLAP CODDING, P.C.
222 Merchandise Mart Plaza, Suite 1225
Chicago, Illinois 60654
Telephone: 312- 651-6744
Facsimile:  312-546-6284

LAURA A. WYTSMA (Cal. Bar No. 189527)
lwytsma@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 213.947.4561

*/s/ Patrick E. King,*
*with permission by Todd Kennedy*

PATRICK E. KING

PATRICK E. KING (CA Bar No. 211975)
pking@stblaw.com
JEFFREY E. DANLEY (CA Bar No. 238316)
jdanley@stblaw.com
MELISSA D. SCHMIDT (CA Bar No. 266487)
melissa.schmidt@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002

*Attorneys for Defendant Apple Inc.*

*/s/ Eric P. Carnevale,*
*with permission by Todd Kennedy*

Karen Boyd (State Bar No. 189808)
Turner Boyd LLP
2570 W. El Camino Real

JOINT STIP AND [] ORDER                                  No. 13-cv-04513-RMW and Consolidated Cases
                                             2


Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Attorneys for Plaintiff Evolutionary Intelligence, LLC

*/s/ Jordan A. Sigale,*
*with permission by Todd Kennedy*

JORDAN A. SIGALE

JORDAN A. SIGALE (admitted pro hac)
jsigale@dunlapcodding.com
DUNLAP CODDING, P.C.
222 Merchandise Mart Plaza, Suite 1225
Chicago, Illinois 60654
Telephone: 312- 651-6744
Facsimile:  312-546-6284

LAURA A. WYTSMA (Cal. Bar No. 189527)
lwytsma@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 213.947.4561

*/s/ Patrick E. King,*
*with permission by Todd Kennedy*

PATRICK E. KING

PATRICK E. KING (CA Bar No. 211975)
pking@stblaw.com
JEFFREY E. DANLEY (CA Bar No. 238316)
jdanley@stblaw.com
MELISSA D. SCHMIDT (CA Bar No. 266487)
melissa.schmidt@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002

*Attorneys for Defendant Apple Inc.*

*/s/ Eric P. Carnevale,*
*with permission by Todd Kennedy*

Karen Boyd (State Bar No. 189808)
Turner Boyd LLP
2570 W. El Camino Real

| | |
|---|---|
| 1 | Suite 380 |
| 2 | Mountain View, CA 94040<br>Tel: (650) 521-5930 |
| 3 | Fax: (650) 521-5931 |
| | boyd@turnerboyd.com |
| 4 | |
| 5 | Craig R. Smith (*pro hac vice*)<br>William J. Seymour (*pro hac vice*) |
| 6 | Eric P. Carnevale (*pro hac vice*)<br>LANDO & ANASTASI, LLP |
| 7 | Riverfront Office Park<br>One Main Street – 11th Floor |
| 8 | Cambridge, MA 02142<br>Tel: (617) 395-7000 |
| 9 | Fax: (617) 395-7070<br>csmith@lalaw.com |
| 10 | wseymour@lalaw.com<br>ecarnevale@lalaw.com |
| 11 | *Attorneys for Defendant Foursquare Labs, Inc.* |
| 12 | |
| 13 | */s/ Christopher Stretch,*<br>*with permission by Todd Kennedy* |
| 14 | |
| 15 | Christopher Stretch<br>CHRISTOPHER STRETCH |
| | cstretch@ksrh.com |
| 16 | KELLER, SLOAN, ROMAN & HOLLAND LLP |
| 17 | 555 Montgomery Street, 17th Floor<br>San Francisco, CA 94111 |
| 18 | Tel: (415) 249-8330<br>Fax: (415) 249-8333 |
| 19 | Heidi L. Keefe |
| 20 | Mark R. Weinstein<br>Reuben Chen |
| 21 | COOLEY LLP<br>3175 Hanover Street |
| 22 | Palo Alto, CA 94304<br>Phone: (650) 843-5000 |
| 23 | ATTORNEYS FOR DEFENDANT |
| 24 | FACEBOOK, INC. |
| 25 | |
| 26 | */s/ Tron Fu,*<br>*with permission by Todd Kennedy* |
| 27 | |
| 28 | Thomas L. Duston (admitted *pro hac vice*)<br>Scott Sanderson (admitted *pro hac vice*)<br>Tron Fu (admitted *pro hac vice*)<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 S. Wacker Drive |

| | |
|---|---|
| 1 | 6300 Willis Tower |
| 2 | Chicago, IL  60606<br>(312) 474-6300 |
| 3 | TDuston@marshallip.com<br>SSanderson@marshallip.com<br>TFu@marshallip.com |
| 4 | |
| 5 | *Attorneys for Defendant, GROUPON, Inc.* |
| 6 |  /s/ Nathan K. Cummings,<br>with permission by Todd Kennedy |
| 7 | Matthew J. Brigham (CA State Bar No. 191428) |
| 8 | mbrigham@cooley.com<br>COOLEY LLP |
| 9 | Five Palo Alto Square<br>3000 El Camino Real |
| 10 | Palo Alto, CA 94306-2155<br>Telephone:  (650) 843-5000 |
| 11 | Facsimile:     (650) 857-0663 |
| 12 | Christopher C. Campbell (*pro hac vice*)<br>ccampbell@cooley.com |
| 13 | Nathan K. Cummings (*pro hac vice*)<br>ncummings@cooley.com |
| 14 | COOLEY LLP<br>One Freedom Square – Reston Town Center |
| 15 | 11951 Freedom Drive<br>Reston, Virginia 20190-5656 |
| 16 | Telephone:  703 456-8000<br>Facsimile:  703 456-8100 |
| 17 | |
| 18 | *Attorneys for Defendant Millennial Media, Inc.* |
| 19 | |
| 20 | /s/ Beth A. Larigan,<br>with permission by Todd Kennedy |
| 21 | Jamie H. Kitano (SBN: 268078) |
| 22 | jkitano@shb.com<br>Andrew Chang (SBN: 222309) |
| 23 | achang@shb.com<br>SHOOK, HARDY & BACON L.L.P. |
| 24 | One Montgomery, Suite 2700<br>San Francisco, California 94104-4505 |
| 25 | Telephone:     415.544.1900<br>Facsimile:     415.391.0281 |
| 26 | B. Trent Webb (*Pro Hac Vice*) |
| 27 | bwebb@shb.com<br>John D. Garretson (*Pro Hac Vice*) |
| 28 | jgarretson@shb.com<br>Chrissie Guastello (*Pro Hac Vice*)<br>cguastello@shb.com<br>Beth A. Larigan  (*Pro Hac Vice*)<br>blarigan@shb.com |

JOINT STIP AND [] ORDER                          No. 13-cv-04513-RMW and Consolidated Cases

4

SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:     816.474.6550
Facsimile:      816.421.5547

**Attorney for Defendants
SPRINT NEXTEL CORPORATION,
SPRINT COMMUNICATIONS COMPANY
L.P., SPRINT SPECTRUM, L.P., AND
SPRINT SOLUTIONS, INC.**

*Jeffrey M. Connor,*
*with permission by Todd Kennedy*

ROBERT J. ARTUZ (State Bar No. 227789)
rartuz@kilpatricktownsend.com
MATTHEW J. MEYER (State Bar No. 284578)
mmeyer@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: 650-326-2400
Facsimile: 650-326-2422

JEFFREY M. CONNOR (pro hac vice)
jmconnor@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: 303-571-4000
Facsimile: 303-571-4321

Attorneys for Defendants
YELP INC. and TWITTER, INC.

PURSUANT TO THE STIPULATION OF THE PARTIES, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT THE FOLLOWING SCHEDULE SHALL APPLY TO DEFENDANTS' 101 MOTION:

**June 26, 2015** – Last day for Plaintiff to oppose Defendants' 101 Motion;

**July 14, 2015** – Last day to file reply in support of 101 Motion; and

**July 28, 2015** – Hearing on Defendants' 101 Motion at '32-22'℃0 0

1  IT IS SO ORDERED.
2
3  Dated: _____, 2015
4
5  _____
   *Ronald M. Whyte*
6  Hon. Ronald M. Whyte
   United States District Judge