UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>            Plaintiff,<br>v.<br><br>SPRINT NEXTEL CORPORATION, SPRINT COMMUNICATIONS COMPANY L.P., SPRINT SPECTRUM L.P., SPRINT SOLUTIONS INC.,<br><br>            Defendants. | Case Nos. 13-04513, 13-04201, 13-04202, 13-04203, 13-04204, 13-04205, 13-04206, 13-04207, 13-03587<br><br>**Judgment** |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>            Plaintiff,<br>v.<br><br>APPLE, INC.,<br><br>            Defendants. | |
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>            Plaintiff,<br>v.<br><br>FACEBOOK, INC.,<br><br>            Defendants. | |

JUDGMENT - 1 -

1  EVOLUTIONARY INTELLIGENCE, LLC,
2  
3              Plaintiff,
   v.
4  FOURSQUARE LABS, INC.,
5              Defendants.

6  
7  EVOLUTIONARY INTELLIGENCE, LLC,
8  
              Plaintiff,
9  v.
10 GROUPON, INC.,
11             Defendants.

12 
13 EVOLUTIONARY INTELLIGENCE,
14 LLC,
15             Plaintiff,
   v.
16 
17 LIVINGSOCIAL, INC.,
             Defendants.
18 

19 
20 EVOLUTIONARY INTELLIGENCE, LLC,
21             Plaintiff,
22 v.
23 TWITTER, INC.,
24             Defendants.

25
26
27
28

JUDGMENT                                - 2 -

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC, | |
| Plaintiff, | |
| v. | |
| YELP, INC., | |
| Defendants. | |
| EVOLUTIONARY INTELLIGENCE, LLC, | |
| Plaintiff, | |
| v. | |
| MILLENNIAL MEDIA, INC., | |
| Defendants. | |

On October 6, 2015 the court issued an order granting the motion to dismiss and motion for judgment on the pleadings filed by defendants Sprint Nextel Corporation, Sprint Communications Company L.P., Sprint Spectrum L.P., Sprint Solutions Inc., Apple, Inc., Facebook, Inc., Foursquare Labs, Inc., Groupon, Inc., LivingSocial, Inc., Twitter, Inc., Yelp, Inc., and Millennial Media, Inc. (collectively, "defendants"). Case No. 13-4513, Dkt. No. 225. Pursuant to Federal Rule of Civil Procedure 58, the court hereby ENTERS judgment in favor of defendants and against plaintiff. The Clerk of Court shall close the file in this matter.

Dated: October 6, 2015



RONALD M. WHYTE
United States District Judge

JUDGMENT - 3 -